UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Robert white 141 2500924

See Attached

Write the full name of each plaintiff.

**25 CV 8711**

No. _____
(To be filled out by Clerk's Office)

-against-

Department of corrections

_____

_____

COMPLAINT
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.



RECEIVED
OCT 20 2025
PRO SE OFFICE

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16



RECEIVED
OCT 20 2025
PRO SE OFFICE

Robert White 1412500928
Ishmill Fate 3492303385
Anthony maldonado 441 2502576
Amad Edwards 349 2403338
Jamel williams 34925 03156
moriyah Lewis 845 220 0274
michael fields 1412501841
mark green 310 240 0613
marly Senat 349 240 1917
Denzel gary 349 240 5187
Erick Castillo 349 250 2008
Solne martinez 349 250 2626
Lashawn delima 3102400510
Charles hernandez 349 2001789
Adonis Duran 241 240 2034
Terrence Reed 8252301592
Shane Campbell 1412400266
Akeem Williams 3102400287
Luis Zapata 241 250 1393
guaveon Ross 3102500234
Ibn Robinson 4102500327
ELIJah norris 141 240 2152
Livingston paquendus 141 250 1119
Jordan hannah 4102500080
Keith Douglas 241 2400289
kisean Samuels 1412502910

Steven raphael 441 240 1990
Ashaunte Scott 349 2400027

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Robert _____    White    1412500928_____

First Name        Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

1412500928_____

Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

OBCC_____

Current Place of Detention

1600 Hazen St_____

Institutional Address

East elmhurst        NY        11370

County, City        State        Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other: _____

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    Department of Corrections
First Name             Last Name                    Shield #

Warden
Current Job Title (or other identifying information)

Current Work Address

County, City                        State                Zip Code

Defendant 2:    Department of Corrections
First Name             Last Name                    Shield #

Deputy Warden OBCC
Current Job Title (or other identifying information)

Current Work Address

County, City                        State                Zip Code

Defendant 3:    Department of Corrections
First Name             Last Name                    Shield #

Security Captain OBCC
Current Job Title (or other identifying information)

Current Work Address

County, City                        State                Zip Code

Defendant 4:
First Name             Last Name                    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City                        State                Zip Code

Page 3

## V.    STATEMENT OF CLAIM

Place(s) of occurrence: OBCC

Date(s) of occurrence: August 29 2025

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

According to the fifth law of america, also known as the fifth constitutional amendment, an rights of americans, Especially those in (New york city) under state city, and fedaral rules of command, have the right not to be deprived, taken, restricted or violated against being placed in Jeopardy, and illegal harm by unexceptable mandatory random, or orchestrated high specialized (stripped Naked searches) by force, demand as detainees civilians, people of the world, continent an country of america, also by human rights against free will also by the power invoking the 8th law amendments of the 50 united states, city, states, locations and places, to ID and delegate a cease of direct dishonor discrespectful, discregard to the peoples, civilians protectors of the USA with such an act as illegal an shameful conductment

Page 4

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

$1.5 million apiece for emotional distress, mental anguish pains and suffering violation of constitutional rights

## VII.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

9-15-25
Dated

R White
Plaintiff's Signature

Robert
First Name

Middle Initial

White
Last Name

1600 Hazen St
Prison Address

East elmhurst
County, City

Ny
State

11370
Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

IB-34                                                                                                Rev:2014-1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Robert White 1412500928
_____

(List the full name(s) of the plaintiff(s)/petitioner(s).)

-against-

Department of corrections
_____

(List the full name(s) of the defendant(s)/respondent(s).)

_____CV_____(____)(____)

## NOTICE OF CHANGE OF ADDRESS

I hereby notify the Court that my address has changed to the following:

White, Robert
_____
Name (Last, First, MI)

1600 hazen st        east elmhurst        Ny        11370
Address                    City                    State        Zip Code

_____        _____
Telephone Number                              E-mail Address (if available)

9-15-25                                             R. White
_____        _____
Date                                                  Signature

Case 1:25-cv-08711-LTS   Document 1   Filed 10/20/2025   Page 10 of 10

Robert White 1412500928
1600 Hazen Street
East Elmhurst NY 11370

RECEIVED
OCT 20 2025
PRO SE OFFICE

Pro Se Intake unit Rm 120
500 pearl street
Newyork NY 10007

forever
OCT 17
USA